In the Matter of the Application of Isidore Nagler and Others, etc., Appellants, against S. Howard Cohen and Others, etc., Constituting the Board of Elections in the City of New York, Respondents, and Bernard McDonnell, Objector, Respondent, and American Labor Party, Intervenor, Appellant. (City Fusion Party Proceeding.) — It appearing affirmatively that there was a sufficient

number of electors who had signed the petition prior to October 1, 1937, and correctly stated their residence within the election and Assembly district as then constituted, the petition complied with the requirements of the statute. Order unanimously reversed and the motion granted. Settle order on notice. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ. [See *post*, p. 747.]